UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANTHONY CONTE,

        Plaintiff,

            – against –

COUNTY OF NASSAU, et al.,

        Defendants.
----------------------------------------X

ORDER
06-CV-4746 (JFB)(ARL)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 26 2018 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On October 17, 2018, the Second Circuit issued a mandate reversing the judgment of this Court and remanding to the District Court to enter judgment for defendants. Accordingly, pursuant to the Second Circuit's mandate, IT IS HEREBY ORDERED that the Clerk of Court enter judgment in favor of defendants.[1]

                            SO ORDERED.

                            _____
                            JOSEPH F. BIANCO
                            UNITED STATES DISTRICT JUDGE

Dated:   October 26, 2018
          Central Islip, New York

---

[1] By facsimile dated July 13, 2018, the Court received a request from *pro se* plaintiff Anthony Conte to schedule a phone conference to discuss his intention to file a motion for a new trial. However, that request is denied. As noted above, it is clear from the mandate that the Second Circuit is directing the Court to enter judgment for defendants.